UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 13-500(DSD/FLN)

Network F.O.B., Inc.,

      Plaintiff,

v().                                                  **ORDER**

Great American Insurance
Company of New York,

      Defendant.

      Adam P. Rutzick, Esq. and Rutzick Law Offices, PA, 101 Fifth Street East, Suite 2620, St. Paul, MN 55101, counsel for plaintiff.

      Daniel N. Moak, Esq. and Briggs & Morgan, PA, 80 South Eighth Street, Suite 2200, Minneapolis, MN 55402, counsel for defendant.

      This matter is before the court upon the motion to amend the complaint and the motion to remand by plaintiff Network F.O.B., Inc. (Network). The court heard oral argument on May 6, 2013. Upon the motion of Network and in accordance with the ruling of the court following oral argument, the motion to amend the complaint is withdrawn and the motion to remand is denied. Accordingly, **IT IS HEREBY ORDERED** that:

      1.    The motion to amend the complaint [ECF No. 11] is withdrawn; and

    2.    The motion to remand [ECF No. 11] is denied.

Dated: May 6, 2013

                                                  <u>s/David S. Doty</u>
                                                  David S. Doty, Judge
                                                  United States District Court